IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ELAN CORPORATION, PLC, | ) |
| | ) |
| Plaintiff, | ) |
| | )  CASE NO.: To Be Assigned |
| v. | ) |
| | ) |
| ANDRX PHARMACEUTICALS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Elan Corporation, PLC ("Elan"), for its Complaint against Defendant Andrx Pharmaceuticals, Inc. ("Andrx"), hereby states as follows.

### NATURE OF THE ACTION

1.  This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 100 et seq. This action relates to a patent covering the pharmaceutical known by the generic name naproxen.

### THE PARTIES

2.  Elan is an Irish corporation having its corporate offices and principal place of business at Treasury Building, Lower Grand Canal Street, Dublin 2, Ireland. Elan is engaged in the business of researching, developing, manufacturing and selling pharmaceutical products throughout the world.

3.  Upon information and belief, Andrx is a Florida corporation having its corporate offices and principal place of business at 4001 S.W. 47th Avenue, Ft. Lauderdale, Florida, 33314.

## JURISDICTION AND VENUE

4.  This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

5.  Upon information and belief, this Court has personal jurisdiction over Andrx.

6.  Venue is proper in this judicial district under 28 U.S.C. §§ 1391(c) and 1400(b).

## CLAIM FOR PATENT INFRINGEMENT

7.  U.S. Patent No. 5,637,320 ("the '320 patent"), titled "Controlled Absorption Naproxen Formulation for Once-Daily Administration," was duly and legally issued by the U.S. Patent and Trademark Office on June 10, 1997, and expires on June 10, 2014.  A copy of the '320 patent is attached as Exhibit A.

8.  Elan is the owner of the '320 patent and has the right to assert the '320 patent against Andrx.

9.  The '320 patent claims a formulation for once-daily oral administration containing naproxen or a pharmaceutically acceptable salt of naproxen, such as naproxen sodium.

10. Elan has granted Stat-Trade, Inc., a license under the '320 patent to sell in the United States the once-daily naproxen formulation previously marketed by Elan as Naprelan®. Elan manufactures and supplies Naprelan® for such sale.  On information and belief, Stat-Trade, Inc., has sub-licensed its marketing rights to Hi-Tech Pharmacal.

11. On information and belief, Andrx has infringed, and is continuing to infringe, at least one claim of the '320 patent by making, using, selling and offering for sale a generic copy of Naprelan®, which copy Andrx markets as "Naproxen Sodium Extended Release Tablets." See Exhibit B.

12. On information and belief, Andrx began making, using, selling and offering for sale its infringing generic product commercially following this Court's invalidity holding in

related Civil Action Nos. 98-7164-CIV-JORDAN and 00-7057-CIV-JORDAN, subsequently reversed by the U.S. Court of Appeals for the Federal Circuit. *See Elan Corporation, PLC v. Andrx Pharmaceuticals, Inc.*, 366 F.3d 1336 (Fed. Cir. 2004).

13. Andrx's infringement has been in willful violation of the '320 patent.

### RELIEF

WHEREFORE, Elan requests that the Court enter judgment in its favor, and against Andrx, on the patent infringement claim set forth above, and that it award relief as follows:

1. find Andrx liable for infringing the '320 patent by making, using, selling and offering for sale its product known as "Naproxen Sodium ER Tablets";

2. find that Andrx's infringement has been willful;

3. enjoin Andrx from any further making, using, selling or offering for sale of its product known as "Naproxen Sodium ER Tablets";

4. award Elan damages adequate to compensate it for Andrx's infringement, together with prejudgment interest thereon;

5. treble such damages under 35 U.S.C. § 285 for Andrx's willful infringement;

6. award Elan its reasonable attorney fees and costs of this action under 35 U.S.C. § 285; and

7. grant Elan such other relief as this Court may deem just and equitable.

Respectfully submitted,

Dated: Jan. 28, 2005        By: /s/ William R. Trueba

Terri Meyers
Florida Bar No. 881279
William R. Trueba
Florida Bar No. 117544
KLUGER, PERETZ, KAPLAN & BERLIN, P.A.
201 South Biscayne Boulevard
Suite 1700 - Miami Center
Miami, Florida 33131
(305) 379-9000
        and
James B. Monroe
Michael J. Flibbert
Paul W. Browning
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4159

**ATTORNEYS FOR ELAN CORPORATION, PLC**

US005637320A

# United States Patent [19]

## Bourke et al.

[11] Patent Number: 5,637,320
[45] Date of Patent: Jun. 10, 1997

[54] **CONTROLLED ABSORPTION NAPROXEN FORMULATION FOR ONCE-DAILY ADMINISTRATION**

[75] Inventors: **Edward A. Bourke; Seamus Mulligan**, both of Athlone, Ireland

[73] Assignee: **Elan Corporation, PLC**, Athlone, Ireland

[21] Appl. No.: **227,566**

[22] Filed: **Apr. 14, 1994**

### Related U.S. Application Data

[63] Continuation of Ser. No. 70,659, Jun. 1, 1993, abandoned, which is a continuation of Ser. No. 641,441, Jan. 14, 1991, abandoned.

[30] **Foreign Application Priority Data**

Jan. 15, 1990 [IE] Ireland ........................ 149/90

[51] Int. Cl.[6] .................................................. **A61K 9/54**
[52] U.S. Cl. .................... **424/489**; 424/451; 424/459; 424/458; 424/457; 424/464; 424/469; 424/468; 424/471; 424/490
[58] Field of Search ........................ 424/489, 474, 424/472, 475, 468, 490, 451, 459, 458, 457, 464, 469, 471

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,783,337 | 11/1988 | Wong et al. | 424/468 |
| 4,803,079 | 2/1989 | Hsiao et al. | 424/468 |
| 4,867,984 | 9/1989 | Patel | 424/489 |
| 5,024,842 | 6/1991 | Edgren | 424/489 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0147780 | 7/1985 | European Pat. Off. | A61K 9/32 |
| 255002 | 2/1988 | European Pat. Off. | |
| 0255002 | 2/1988 | European Pat. Off. | A61K 9/22 |
| 0274734 | 7/1988 | European Pat. Off. | A61K 9/24 |
| 313328 | 4/1989 | European Pat. Off. | |
| 0313328 | 4/1989 | European Pat. Off. | A61K 9/46 |
| 0324981 | 7/1989 | European Pat. Off. | A61K 9/22 |
| 2180154 | 3/1987 | United Kingdom | A61K 9/14 |
| 2203338 | 10/1988 | United Kingdom | |

OTHER PUBLICATIONS

J.G. Kelly, C.D. Kinney, J.G. Devane, S. Mulligan & B.V. Colgan—"Pharmacokinetic properties and clinical efficacy of once-daily sustained-release naproxen", Eur. J. Clin. Pharmacol (1989) 36:383–388.

*Primary Examiner*—Raj Bawa
*Attorney, Agent, or Firm*—Marla J. Church

[57] **ABSTRACT**

A once-daily naproxen formulation for oral administration having a first portion of the naproxen as a multi-particulate pellet form, each pellet having a core of naproxen or a pharmaceutically acceptable salt thereof in association with an organic acid, the core being surrounded by a multi-layer membrane and optionally a second portion of naproxen formulated to release the drug promptly following oral administration.

**17 Claims, 1 Drawing Sheet**





"EXHIBIT A"



FIGURE 1

# CONTROLLED ABSORPTION NAPROXEN FORMULATION FOR ONCE-DAILY ADMINISTRATION

This application is a continuation of application Ser. No. 08/070,659, filed Jun. 1, 1993, now abandoned, which is a continuation of application Ser. No. 07/641,441 filed Jan. 14, 1991, now abandoned.

## BACKGROUND OF THE INVENTION

This invention relates to a controlled absorption pharmaceutical formulation and, in particular, to a controlled absorption form of naproxen for oral administration.

## FIELD OF INVENTION

Naproxen, a propionic acid derivative ((S)-6-methoxy-methyl-2-naphthaleneacetic acid), is a non-steroidal, anti-inflammatory drug (NSAID) which exhibits analgesic and antipyretic properties. The exact mechanisms of action have not been clearly established but many of the effects of naproxen are associated with the inhibition of prostaglandin synthesis and in particular cyclo-oxygenase, an enzyme that catalyzes the formation of prostaglandin precursors from arachidonic acid. Naproxen is used to relieve mild to moderately severe pain in rheumatoid arthritis, osteoarthritis and other inflammatory complaints.

Naproxen has been available for use over a decade and has been found to be acceptably non-toxic by many regulatory agencies. Naproxen is used as either its free acid or its sodium salt, naproxen sodium. The present application concerns a naproxen sodium formulation, however, it will be understood that naproxen free acid could also be used.

Naproxen and naproxen sodium are conventionally administered on a two to four times daily basis. Plasma naproxen concentrations of 30–90 µg/ml reportedly are required for anti-inflammatory or analgesic effects. Reduced pain intensity has been demonstrated in sixty postpartum women from 0.5 to 6 hours after oral administration of naproxen or its sodium salt in doses sufficient to yield plasma naproxen levels between 30–70 µg/ml. Sevelius, H. et al., Br. J. Clin. Pharmacol. 10, pp. 259–263 (1980). Evidence from twenty-four patients with rheumatoid arthritis suggested that clinical response occurred at plasma naproxen levels above 50 µg/ml. Day, R. O. et al., Clin. Pharmacol. Ther. 31, pp. 733–740 (1982). Thus, while the rate of absorption may affect the onset of analgesic activity, continued plasma levels of the drug are likely to be important in maintaining analgesia.

It is an object of the present invention to provide a controlled absorption naproxen formulation suitable for once-daily administration, and particularly one which demonstrates an initial rate of absorption resulting in a rapid analgesic effect and then exhibits controlled absorption characteristics resulting in continued plasma levels of the drug over a 24 hour period.

## SUMMARY OF THE INVENTION

Accordingly, the invention provides a naproxen formulation for oral administration on a once-daily basis, said formulation comprising a first portion of the naproxen formulated in a multi-particulate pellet form designed to release the drug at such a rate as to maintain therapeutically effective blood levels substantially over 24 hours when administered each day on a once-daily basis and optionally, a second portion of said naproxen formulated so as to release the drug promptly following administration so as to obtain a relatively immediate therapeutic response.

Preferably said first portion is in pellet form comprising a core of naproxen or a pharmaceutically acceptable salt thereof in association with an organic acid, the naproxen component and the organic acid being present in a ratio of from 20:1 to 1:1, and a multi-layer membrane surrounding said core and containing a major proportion of a pharmaceutically acceptable film-forming, water insoluble polymer and optionally a minor proportion of a pharmaceutically acceptable film-forming, water soluble polymer, the number of layers in said membrane and the ratio of said water soluble to water insoluble polymer being effective to permit release of said naproxen from said pellet at a rate allowing controlled absorption thereof at therapeutically effective blood levels over a twenty four hour period following each daily oral administration. Preferred formulations of the present invention are those wherein the dissolution rate of said pellet, when measured in vitro in a type 1 dissolution basket apparatus according to U.S. Pharmacopoeia XXII in phosphate buffer at pH 7.2 and at 75 r.p.m. substantially corresponds to the following dissolution pattern:

  a) from 0 to 50% of the total naproxen is released after 1 hour of measurement in said apparatus;
  b) from 20 to 70% of the total naproxen is released after a total of 2 hours of measurement in said apparatus; and
  c) not less than 50% of the total naproxen is released after 4 hours of measurement in said apparatus.

When the dissolution rate of said pellet is measured in vitro in a type 2 dissolution paddle apparatus according to U.S. Pharmacopoeia XXII in phosphate buffer at pH 7.4 and at 50 r.p.m. the dissolution rate substantially corresponds to the following dissolution pattern:

  a) from 20 to 70% of the total naproxen is released after 1 hour of measurement in said apparatus;
  b) not less than 50% of the total naproxen is released after a total of 2 hours of measurement in said apparatus; and
  c) not less than 75% of the total naproxen is released after 4 hours of measurement in said apparatus.

The invention also provides a controlled absorption naproxen formulation for oral administration, comprising pellets as hereinbefore defined, said formulation including a sufficient quantity of a rapid release form of naproxen to ensure prompt achievement of analgesically effective blood levels together with the prolonged effects described above. Such formulations comprising rapid and prolonged release components preferably have a dissolution rate which when measured in a type 1 dissolution basket apparatus according to U.S. Pharmacopoeia XXII in phosphate buffer at pH 7.2 and at 75 r.p.m. substantially corresponds to the following dissolution pattern:

  a) from 15 to 50% of the total naproxen is released after 0.5 hours of measurement in said apparatus;
  b) from 25 to 75% of the total naproxen is released after 1 hour of measurement in said apparatus;
  c) not less than 65% of the total naproxen is released after 4 hours of measurement in said apparatus.

When the dissolution rate of said pellet is measured in vitro in a type 2 dissolution paddle apparatus according to U.S. Pharmacopoeia XXII in phosphate buffer at pH 7.4 and at 50 r.p.m. the dissolution rate substantially corresponds to the following dissolution pattern:

  a) from 25 to 60% of the total naproxen is released after 0.5 hours of measurement in said apparatus;
  b) from 35 to 75% of the total naproxen is released after 1 hour of measurement in said apparatus; and

3

c) not less than 65% of the total naproxen is released after 4 hours of measurement in said apparatus.

The applicants have found in the case of the above formulations of the present invention, that therapeutically effective blood levels can be maintained substantially over 24 hours with peak plasma levels occurring between 2 to 16 hours, preferably between 4 to 10 hours. The present invention defines this desired time to peak plasma level as the Tmax of the formulation.

Advantageously, the formulation comprises a blend of pellets as hereinbefore defined together with up to 60% by weight of said rapid release form of naproxen, preferably 20–45%.

Most preferably, the rapid release form of naproxen comprises a rapid release granulate.

The naproxen used in the preferred dosage forms of the present invention is in the form of a pharmaceutically acceptable salt thereof, especially the sodium salt thereof.

The organic acid is preferably represented by one or more of the following acids: adipic acid, ascorbic acid, citric acid, fumaric acid, malic acid, succinic acid or tartaric acid. Especially preferred acids are fumaric acid and citric acid.

The core also optionally contains a lubricant which is represented by one or more of the following: sodium stearate, magnesium stearate, stearic acid or talc. The naproxen and lubricant are preferably present in a ratio of from 10:1 to 200:1.

Preferably, the core comprises naproxen or a pharmaceutically acceptable salt thereof and the associated organic acid embedded in a polymeric material. The polymeric material may be rapidly soluble in water or insoluble in water or freely permeable to naproxen and water.

The term water soluble polymer as used herein includes polymers which are freely permeable to water, while the term water insoluble polymer as used herein includes polymers which are slightly permeable to water.

The polymeric material preferably consists solely of a water insoluble polymer or a polymer which is slightly permeable to water and aqueous solutions of naproxen. Alternatively, the polymeric material may consist solely of a water soluble polymer or a polymer which is freely permeable to aqueous solutions of naproxen and water. The polymeric material of the core may include a combination of a water insoluble polymer with a water soluble polymer. The ratio of water soluble/freely permeable to water insoluble/ slightly permeable polymer is determined by the particular combination of polymers selected.

The water soluble polymer is suitably polyvinyl alcohol, polyvinylpyrrolidone, methyl cellulose, hydroxypropyl cellulose, agar, carrageenan, xanthan, hydroxypropylmethyl cellulose or polyethylene glycol or a mixture thereof. An especially preferred water soluble polymer is polyvinylpyrrolidone.

A suitable polymer which is freely permeable to naproxen and water is a polymer sold under the Trade Mark EUDRAGIT RL.

The water insoluble polymer of the core is suitably ethylcellulose, cellulose acetate, cellulose propionate (lower, medium or higher molecular weight), cellulose acetate propionate, cellulose acetate butyrate, cellulose acetate phthalate, cellulose triacetate, poly(methyl methacrylate), poly(ethyl methacrylate), poly(butyl methacrylate), poly(isobutyl methacrylate), poly(hexyl methacrylate), poly(isodecyl methacrylate), poly(lauryl methacrylate), poly(phenyl methacrylate), poly(methyl acrylate), poly(isopropyl acrylate), poly(isobutyl acrylate), poly(octadecyl acrylate), poly (ethylene), poly(ethylene)

4

low density, poly(ethylene) high density, poly(propylene), poly(ethylene oxide), poly(ethylene terephthalate), poly (vinyl isobutyl ether), poly(vinyl acetate), poly(vinyl chloride) or polyurethane or a mixture thereof.

The water insoluble polymer of the core may also comprise naturally occurring polymers or resins. Especially suitable water insoluble, naturally occurring polymers include shellac, chitosan, gumjuniper or a mixture thereof.

A suitable polymer which is slightly permeable to naproxen and water is a polymer sold under the Trade Mark EUDRAGIT RS or a polymer whose permeability is pH dependent and sold under the Trade Mark EUDRAGIT L, EUDRAGIT S or EUDRAGIT E. Especially preferred polymers in this category are EUDRAGIT RS and EUDRAGIT L.

EUDRAGIT polymers are polymeric lacquer substances based on acrylates and/or methacrylates. The polymeric materials sold under the Trade Marks EUDRAGIT RL and EUDRAGIT RS are acrylic resins comprising copolymers of acrylic and methacrylic acid esters with a low content of quaternary ammonium groups and are described in the "EUDRAGIT" brochure of Messrs. Rohm Pharma GmbH (1985) wherein detailed physical-chemical data of these products is given. The ammonium groups are present as salts and give rise to the permeability of the lacquer films. EUDRAGIT RL and RS are freely permeable (RL) or slightly permeable (RS), respectively, independent of pH.

EUDRAGIT L is an anionic polymer synthesized from methacrylic acid and methacrylic acid methyl ester. It is insoluble in acids and pure water. It becomes soluble in a neutral to weakly alkaline milieu by forming salts with alkalis. The permeability of EUDRAGIT L is pH dependent. Above pH 5.0, the polymer becomes increasingly permeable. EUDRAGIT L is described in the "EUDRAGIT L" brochure of Messrs. Rohm Pharma GmbH (1986) wherein detailed physical-chemical data of the product is given.

The core suitably has a number of layers of the core-forming materials and is built up in a manner known per se.

A multi-layer arrangement of naproxen, organic acid and polymeric material is preferably built up on a central active core. The active core is formed by blending naproxen, organic acid and polymeric material to form a homogenous powder. A portion of the above blend is shaped to form a central core. A multi-layer arrangement is then built up by a successive layering and binding process where the remainder of the blend and a polymer binding solution are applied to the active core in alternate layers in a conventional coating pan. Alternatively, an automatic coating system may be used where the remainder of the blend and polymer binding solution is applied to the active core, simultaneously. Conventional automated coating systems include, for example, a CF granulator or a Glatt fluidized bed. The cores are formed to assure a uniform distribution of naproxen and excipient ingredients throughout the core. The preferred average diameter of the completed cores is in the range of 0.4 to 1.6 mm, an especially preferred average diameter being in the range of 0.6 to 1.1 mm.

The multi-layer arrangement of naproxen, organic acid and polymeric material may also be built up on a central inert core, suitably consisting of a non-pareil bead or seed of sugar/starch having an average diameter in the range 0.2–1.4 mm, especially 0.3–0.8 mm. The naproxen, organic acid and polymeric material may be built up on a central inert core as hereinbefore defined in a conventional coating pan or any automated coating system.

The naproxen, organic acid and optional other components are blended to form a homogenous powder. The

5

naproxen component and organic acid component are preferably present in a ratio of from 20:1 to 1:2, more especially 6:1 to 1:1. The blend is suitably passed through an appropriate mesh screen using a milling machine. In the case of coating in a conventional coating pan, alternate layers of a coating solution/suspension of the polymeric material and the powder are applied to the central inert core to build up the multi-layer arrangement of the core. In the case of an automatic coating system, the coating solution/suspension of the polymeric material and the powder are applied, simultaneously, in conventional manner. The coating solution/suspension of the polymeric material comprises one or more polymers dissolved/suspended in a suitable solvent or mixture of solvents. The concentration of the polymeric material in the coating solution/suspension is determined by the viscosity of the final solution/suspension. Preferably, between 5 and 60 parts of the central inert cores are used relative to the homogenous powder. The addition of a plasticizing agent to the polymeric solution/suspension may be necessary depending on the formulation to improve the elasticity and also the stability of the polymer film and to prevent changes in the polymer permeability over prolonged storage. Such changes could affect the drug release rate. Suitable plasticizing agents include polyethylene glycol, propylene glycol, glycerol, triacetin, dimethyl phthalate, diethyl phthalate, dibutyl phthalate, dibutyl sebacate, triethyl citrate, tributyl citrate, triethyl acetyl citrate, castor oil and varying percentages of acetylated monoglycerides.

As mentioned above, the core may optionally contain a lubricant. A preferred range of naproxen to lubricant ratio when a central inert core is used is 50:1 to 5:1.

Preferred coating materials include—solutions/suspensions of the polymers cited for use in the application of the powder blend to the central cores in a suitable organic/aqueous carrier medium.

The membrane of the film-forming polymer or mixture of polymers surrounding the core preferably has a proportion of a polymer which is slightly permeable to naproxen and water and optionally a proportion of a water permeable polymer, the ratio of slightly water permeable to water permeable polymer being determined by the inherent permeability characteristics of the polymer selected.

The membrane may also be composed of a proportion of a polymer which is water insoluble and a proportion of a polymer which is water soluble, the ratio of water insoluble to water soluble polymer being determined by the inherent permeability of the respective polymers.

Normally the ratio of water insoluble/slightly permeable polymers to water soluble/permeable polymers lies between 1:5 and 50:1, more usually 1:2 to 20:1. Examples of each of these types of polymer are described above. Especially useful water soluble/permeable polymers include polyvinylpyrrolidone, polyvinyl alcohol and EUDRAGIT RL while useful water insoluble/slightly permeable polymers include ethylcellulose, cellulose acetate, EUDRAGIT RS, EUDRAGIT L, EUDRAGIT E and EUDRAGIT S. Commercially available ready-made polymeric solutions/suspensions may also be useful. These ready-made solutions/suspensions may optionally contain plasticizing agents to improve the polymer film as described previously. Examples of ready-made solutions/suspensions of polymeric material with or without plasticizing agent include EUDRAGIT RL 30D, EUDRAGIT NE 30D, EUDRAGIT E 12.5, EUDRAGIT L 12.5 P, EUDRAGIT E 12.5, EUDRAGIT S 12.5 P, EUDRAGIT RL 12.5, EUDRAGIT RS 30D, EUDRAGIT RS 12.5, AQUACOAT (a Trade Mark of FMC Corporation) and SURE-LEASE (a Trade Mark of Colorcon Inc.).

6

The water insoluble polymer of the membrane may also comprise naturally occurring polymers or resins. Especially suitable water insoluble, naturally occurring polymers include shellac, chitosan, gumjuniper or a mixture thereof.

The membrane may be built up by applying a plurality of coats of membrane polymer solution or suspension to the core as hereinbefore described. The membrane solution or suspension contains the polymer(s) dissolved or suspended, respectively, in a suitable aqueous or organic solvent or mixture of solvents, optionally in the presence of a lubricant. Suitable lubricants are talc, stearic acid, magnesium stearate and sodium stearate. A particularly preferred lubricant is talc. The membrane, polymer or mixture of polymers may optionally include a plasticizing agent, the function and choice of which has been previously described.

The dissolution rate achieved is proportionally slower as the amount of membrane applied is increased.

The membrane solution or suspension may be applied to the active cores in a conventional coating pan as indicated or, alternatively, using an automated system such as a CF granulator, for example, a FREUND CF granulator, a GLATT fluidized bed processor, an AEROMATIC, a modified ACCELA-COTA or any other suitably automated bead coating equipment (FREUND, GLATT, AEROMATIC and ACCELA-COTA are all Trade Marks).

Preferably 2–75 ml of membrane solution/suspension is applied per application per kilogram of cores. In an automated system the total amount of membrane solution/suspension applied to the cores is the same as that applied in a conventional coating pan, except that the membrane solution/suspension may be applied continuously.

Preferably, when a coating pan is used the membrane is applied at a rate of 5–30 applications/day until all of the applications have been applied. Between days the pellets are dried for a suitable period of time at a controlled temperature.

The pellets and granulate may be compressed into tablets using a binder and/or hardening agent commonly employed in tableting such as microcrystalline cellulose sold under the Trade Mark "AVICEL" or a co-crystallized powder of highly modified dextrins (3% by weight) and sucrose sold under the Trade Mark "DI-PAC" in such a way that the specific dissolution rate of the pellets is maintained.

The pellets by themselves or combined with naproxen powder or naproxen cores may also be filled into hard or soft gelatine capsules.

Thus the Applicants have incorporated multi-particulate pellets of the sodium salt of naproxen into a tablet base. These multi-particulate pellets are formulated with sustained release characteristics allowing a continuous supply of naproxen to be maintained in the plasma to achieve a prolonged analgesic effect. On administration of the naproxen formulations of the present invention, the formulation, preferably a tablet, rapidly dissociates, releasing the pellets over a wide area of the GI tract. Thus, the number of gastrointestinal absorption sites is increased minimizing the occurrence of adverse GI effects often associated with the administration of NSAID's such as naproxen. The subject naproxen tablet formulation therefore is ideally suited to a once-daily dosage regimen having the potential for fewer associated adverse GI effects.

BRIEF DESCRIPTION OF THE DRAWING

The accompanying FIGURE is a graph of mean plasma levels (ug/ml) versus time (hours) for a naproxen formulation according to the invention relative to two reference naproxen formulations.

## DETAILED DESCRIPTION OF THE INVENTION

The invention will be further illustrated by the following Examples:

### EXAMPLE 1

Naproxen sodium (50 kg), citric acid (14.286 kg), sodium lauryl sulphate (1.071 kg) and talc (3.571 kg) were blended and milled through a suitable mesh screen so as to obtain a homogenous powder.

The powder was applied to starch/sugar seeds (0.3–0.425 mm diameter) (4.286 kg) using a FREUND CF granulator and a coating solution of 3.5% polyvinylpyrrolidone in isopropanol to form the cores.

A membrane was then applied to the cores by spraying on a solution consisting of:

| | |
|---|---|
| 12.5% EUDRAGIT RS in acetone/isopropanol 40:60 | 50 parts by weight |
| 12.5% EUDRAGIT RL in acetone/isopropanol 40:60 | 40 parts by weight |
| 12.5% EUDRAGIT L in acetone/isopropanol 40:60 | 10 parts by weight |
| Isopropanol | 100 parts by weight |

while at the same time but separately dusting on talc (100 parts by weight) in conventional manner. The ratio of membrane solution to talc applied was 0.62 grams of talc per gram of membrane solution. A sufficient amount of membrane solution and talc was applied to 76.214 kg of cores to achieve the dissolution profile given below.

The finished pellets were dried to evaporate all solvents prior to performing the dissolution profile.

A wet granulation of naproxen sodium (29.100 kg) and polyvinylpyrrolidone (K30) (0.900 kg) was prepared by adding isopropanol (8.2351 kg) slowly with mixing. Mixing was continued until a uniform mass was produced. The granulation was dried for a minimum of 12 hours at a temperature of not less than 45° C. The dried granulation was then passed through an oscillating granulator.

Naproxen sodium pellets (27.216 kg) and naproxen granulate (8.112 kg) were blended with additional tableting excipients:

| | |
|---|---|
| Microcrystalline cellulose | 15.372 kg |
| Crosspovidone | 1.040 kg |
| Magnesium stearate | 0.260 kg |

and pressed into uncoated tablets.

Slight adjustments may be made in the above quantities to ensure a target tablet potency of 500 mg of naproxen.

The naproxen tablets were coated with an aqueous film coat. To do so, 0.350 kg of Opadry White OY-D-7192 was weighed and slowly added with mixing to 1.400 kg of purified water. Mixing was continued for 30 minutes. 10 kg of uncoated tablets were weighed and placed in an ACCELA-COTA. The coating was sprayed onto the tablets at a rate of 30–70 g per minute until coating was complete.

The dissolution rate of the pellets prepared above, prior to mixing with the granulate, was tested by the method of the U.S. Pharmacopoeia XXII Basket Method in phosphate buffer at pH 7.2 at 75 r.p.m. The naproxen sodium was quantitatively determined using u.v. spectrophotometry at 331 nm.

The dissolution rate was as follows:

| Time (h) | % Naproxen Sodium Released |
|---|---|
| 1 | 11.2 |
| 2 | 42.6 |
| 4 | 80.3 |

The dissolution rate of the coated tablets was tested and determined to be as follows:

| Time (h) | % Naproxen Sodium Released |
|---|---|
| 0.5 | 36.8 |
| 1 | 50.5 |
| 4 | 95.3 |

When tested by the method of the U.S. Pharmacopoeia XXII Paddle Method in phosphate buffer at pH 7.4 and at 50 r.p.m., the dissolution rate for the pellets was as follows:

| Time (h) | % Naproxen Sodium Released |
|---|---|
| 1 | 24.6 |
| 2 | 64.2 |
| 4 | 77.3 |

The dissolution rate of the coated tablets was:

| Time (h) | % Naproxen Sodium Released |
|---|---|
| 0.5 | 44.1 |
| 1 | 73.5 |
| 4 | 96.0 |

### Example 2

Naproxen sodium (15.41 kg), citric acid (4.40 kg) and talc (0.200 kg) were blended and milled through a suitable mesh screen to obtain a homogeneous powder. This powder blend was layered into spherical cores using a FREUND CF granulator or a GLATT and a coating solution of 12.5% EUDRAGIT RS in isopropanol.

A membrane was then applied to the cores by spraying on a solution consisting of:

| | |
|---|---|
| 12.5% EUDRAGIT RS in acetone/isopropanol | 70 parts by weight |
| 12.5% EUDRAGIT RL in acetone/isopropanol 40:60 | 10 parts by weight |
| 12.5% EUDRAGIT L in acetone/isopropanol 40:60 | 20 parts by weight |
| Isopropanol | 100 parts by weight |

while at the same time but separately dusting on talc (40 parts by weight) in the conventional manner. The ratio of membrane solution to talc applied was 0.25 grams of talc per gram of membrane solution. A sufficient amount of membrane solution and talc was applied to 20.00 kg of cores to achieve the dissolution profile given below.

The finished pellets were dried to evaporate all solvents prior to performing the dissolution test.

5,637,320

| 9 | 10 |

A wet granulation of naproxen sodium (9.700 kg) and polyvinylpyrrolidone (K30) (0.300 kg) was prepared by adding isopropanol (2.745 kg) slowly with mixing. Mixing was continued until a uniform mass was produced. The granulation was dried for a minimum of 12 hours at a temperature of not less than 45° C. The dried granulation was then passed through an oscillating granulator.

Naproxen sodium pellets (24 kg) and naproxen granulate (7.9 kg) were blended with additional tableting excipients:

| Microcrystalline cellulose | 4.63 kg |
| Crosspovidone | 0.76 kg |
| Magnesium stearate | 0.19 kg |
| PVP K30 | 0.76 kg |

and pressed into uncoated tablets.

Slight adjustments may be made in the above quantities to ensure a target tablet potency of 500 mg of naproxen.

The naproxen tablets were coated with an aqueous film coat. To do so, 0.350 kg of Opadry White OY-D-7192 was weighed and slowly added with mixing to 1.400 kg of purified water. Mixing was continued for 30 minutes. 10 kg of uncoated tablets were weighed and placed in an ACCELA-COTA. The coating was sprayed onto the tablets at a rate of 30–70 g per minute until coating was complete.

The dissolution rate of the pellets prepared above, prior to mixing with the granulate, was tested by the method of the U.S. Pharmacopoeia XXII Basket Method in phosphate buffer at pH 7.2 at 75 r.p.m. The naproxen sodium was quantitatively determined using u.v. spectrophotometry at 331 nm.

The dissolution rate was as follows:

| Time (h) | % Naproxen Sodium Released |
|---|---|
| 1 | 23.9 |
| 2 | 36.6 |
| 4 | 61.3 |

The dissolution rate of the coated tablets was tested and determined to be as follows:

| Time (h) | % Naproxen Sodium Released |
|---|---|
| 1 | 60.0 |
| 2 | 78.3 |
| 4 | 89.2 |

When tested by the method of the U.S. Pharmacopoeia XXII Paddle Method in phosphate buffer at pH 7.4 and at 50 r.p.m., the dissolution rate for the pellets was as follows:

| Time (h) | % Naproxen Sodium Released |
|---|---|
| 1 | 60.1 |
| 2 | 68.5 |
| 4 | 75.0 |

The dissolution rate of the coated tablets was:

| Time (h) | % Naproxen Sodium Released |
|---|---|
| 0.5 | 69.4 |
| 1 | 88.0 |
| 4 | 91.2 |

Example 3

Naproxen sodium (25 kg), citric acid (7.141 kg) and talc (0.325 kg) were blended and milled through a suitable mesh screen so as to obtain a homogenous powder. This powder blend was divided into two portions and layered into spherical cores using a FREUND CF granulator or a GLATT and a coating solution of 12.5% EUDRAGIT RS in isopropanol.

A membrane was then applied to the cores by spraying on a solution consisting of:

| 12.5% EUDRAGIT RS in acetone/isopropanol 40:60 | 75 parts by weight |
| 12.5% EUDRAGIT RL in acetone/isopropanol 40:60 | 25 parts by weight |
| Isopropanol | 100 parts by weight |

while at the same time but separately dusting on talc (10 parts by weight) in the conventional manner. The ratio of membrane solution to talc applied was 0.06 grams of talc per gram of membrane solution. A sufficient amount of membrane solution and talc was applied to 32.4 kg of cores to achieve the dissolution profile given below.

The finished pellets were dried to evaporate all solvents prior to performing the dissolution test.

A wet granulation of naproxen sodium (19.400 kg) and polyvinylpyrrolidone (K30) (0.600 kg) was prepared by adding isopropanol (1.529 kg) slowly with mixing. Mixing was continued until a uniform mass was produced. The granulation was dried for a minimum of 12 hours at a temperature of not less than 45° C. The dried granulation was then passed through an oscillating granulator.

Naproxen sodium pellets (25 kg) and naproxen granulate (7.85 kg) were blended with additional tableting excipients:

| Microcrystalline cellulose | 6.00 kg |
| Crosspovidone | 0.815 kg |
| Magnesium stearate | 0.200 kg |
| PVP K30 | 0.815 kg |

and pressed into uncoated tablets.

Slight adjustments may be made in the above quantities to ensure a target tablet potency of 500 mg of naproxen.

The naproxen tablets were coated with an aqueous film coat. To do so, 0.350 kg of Opadry White OY-D-9400 was weighed and slowly added with mixing to 1.400 kg of purified water. Mixing was continued for 30 minutes. 10 kg of uncoated tablets were weighed and placed in an ACCELA-COTA. The coating was sprayed onto the tablets at a rate of 30–70 g per minute until coating was complete.

The dissolution rate of the pellets prepared above, prior to mixing with the granulate, was tested by the method of the U.S. Pharmacopoeia XXII Basket Method in phosphate buffer at pH 7.2 at 75 r.p.m. The naproxen sodium was quantitatively determined using u.v. spectrophotometry at 331 nm.

| 11 | 12 |

The dissolution rate was as follows:

| Time (h) | % Naproxen Sodium Released |
|---|---|
| 1 | 30.1 |
| 2 | 42.5 |
| 4 | 67.5 |

The dissolution rate of the coated tablets was tested and determined to be as follows:

| Time (h) | % Naproxen Sodium Released |
|---|---|
| 0.5 | 39.6 |
| 1 | 55.0 |
| 4 | 90.0 |

### EXAMPLE 4

Naproxen acid (50 kg), citric acid (15.64 kg), sodium lauryl sulphate (0.071 kg) and talc (0.500 kg) were blended and milled through a suitable mesh screen to obtain a homogeneous powder. This powder blend was layered into spherical cores using a FREUND CF granulator or a GLATT and a coating solution of 12.5% EUDRAGIT RS in isopropanol.

A membrane was then applied to the cores by spraying on a solution consisting of:

| | |
|---|---|
| 12.5% EUDRAGIT RS in acetone/isopropanol 40:60 | 90 parts by weight |
| 12.5% EUDRAGIT RL in acetone/isopropanol 40:60 | 10 parts by weight |
| Isopropanol | 100 parts by weight |

while at the same time but separately dusting on talc (20 parts by weight) in the conventional manner. The ratio of membrane solution to talc applied was 0.125 grams of talc per gram of membrane solution. A sufficient amount of membrane solution and talc was applied to 66.22 kg of cores to achieve the dissolution profile given below.

The finished pellets were dried to evaporate all solvents prior to performing the dissolution test. The dissolution rate of the pellets was tested by the method of the U.S. Pharmacopoeia XXII Basket Method in phosphate buffer, at pH 7.2 at 75 r.p.m.

The naproxen was quantitatively determined using u.v. spectrophotometry at 331 nm.

The dissolution rate was as follows:

| Time (h) | % Naproxen Released |
|---|---|
| 1 | 23.9 |
| 2 | 36.6 |
| 4 | 61.3 |

### EXAMPLE 5

Naproxen cores were prepared according to Example 1.

A membrane was then applied to the cores by spraying on a suspension of:

| | |
|---|---|
| 30% EUDRAGIT RS in water | 30 parts by weight |
| 30% EUDRAGIT RL in water | 6 parts by weight |
| talc | 6 parts by weight |
| water | 50 parts by weight |

The remaining 8 parts by weight were made up by a 9:1 mixture of tributylacetyl citrate, a plasticizer, and simethicone, an antifoam agent.

A sufficient amount of membrane solution was applied to achieve the following desired release rate.

| Time (h) | % Naproxen Sodium Released |
|---|---|
| 1 | 29.8 |
| 2 | 47.7 |
| 4 | 73.6 |

### EXAMPLE 6

Naproxen cores were prepared according to Example 3.

A membrane was then applied to the cores by spraying on a suspension of:

| | |
|---|---|
| 30% EUDRAGIT RS in water | 40 parts by weight |
| 30% EUDRAGIT RL in water | 2 parts by weight |
| talc | 6 parts by weight |
| water | 50 parts by weight |

The remaining 2 parts by weight were made up by a 9:1 mixture of tributylacetyl citrate, a plasticizer, and simethicone, an antifoam agent.

A sufficient amount of membrane solution was applied to achieve the desired release rate of:

| Time (h) | % Naproxen Sodium Released |
|---|---|
| 1 | 14.5 |
| 2 | 42.7 |
| 4 | 71.1 |

### EXAMPLE 7

Naproxen sodium (30.0 kg), citric acid (5.00 kg) and talc (0.400 kg) were blended and milled through a suitable mesh screen to obtain a homogeneous powder. This powder blend was layered into spherical cores using a FREUND CF granulator or a GLATT and a coating solution of 12.5% EUDRAGIT RS in isopropanol.

A membrane was then applied to the cores by spraying on a solution consisting of:

| | |
|---|---|
| 12.5% EUDRAGIT RS in acetone/isopropanol 40:60 | 85 parts by weight |
| 12/5% EUDRAGIT RL in acetone/isopropanol 40:60 | 15 parts by weight |
| Isopropanol | 100 parts by weight |

while at the same time but separately dusting on talc (40 parts by weight) in the conventional manner. The ratio of membrane solution to talc applied was 0.25 grams of talc per gram of membrane solution. A sufficient amount of mem-

brane solution and talc was applied to 35.4 kg of cores to achieve the dissolution profile given below.

The finished pellets were dried to evaporate all solvents prior to performing the dissolution test.

A wet granulation of naproxen sodium (14.550 kg) and polyvinylpyrrolidone (K30) (0.450 kg) was prepared by adding isopropanol (4.116 kg) slowly with mixing. Mixing was continued until a uniform mass was produced. The granulation was dried for a minimum of 12 hours at a temperature of not less than 45° C. The dried granulation was then passed through an oscillating granulator.

Naproxen sodium pellets (35.0 kg) and naproxen granulate (8.10 kg) were blended with additional tableting excipients:

| Microcrystalline cellulose | 8.346 kg |
| Crosspovidone | 1.077 kg |
| Magnesium stearate | 0.270 kg |
| PVP K30 | 1.077 kg |

and pressed into uncoated tablets.

Slight adjustments may be made in the above quantities to ensure a target tablet potency of 750 mg of naproxen.

The naproxen tablets were coated with an aqueous film coat. To do so, 0.350 kg of Opadry White OY-9400 was weighed and slowly added with mixing to 1.400 kg of purified water. Mixing was continued for 30 minutes. 10 kg of uncoated tablets were weighed and placed in an ACCELA-COTA. The coating was sprayed onto the tablets at a rate of 30-70 g per minute until coating was complete.

The dissolution rate of the pellets prepared above, prior to mixing with the granulate, was tested by the method of the U.S. Pharmacopoeia XXII Basket Method in phosphate buffer at pH 7.2 at 75 r.p.m. The naproxen sodium was quantitatively determined using u.v. spectrophotometry at 331 nm.

The dissolution rate was as follows:

| Time (h) | % Naproxen Sodium Released |
|---|---|
| 1 | 50.7 |
| 2 | 71.3 |
| 4 | 88.0 |

The dissolution rate of the coated tablets was tested and determined to be as follows:

| Time (h) | % Naproxen Sodium Released |
|---|---|
| 0.5 | 49.5 |
| 1 | 71.8 |
| 4 | 89.4 |

EXAMPLE 8

Naproxen Sodium (22.5 kg), citric acid (1.125 kg) and talc (0.251 kg) were blended and milled through a suitable mesh screen to obtain a homogeneous powder. This powder blend was layered into spherical cores using a FREUND CF granulator or a GLATT and a coating solution of 12.5% EUDRAGIT RS in isopropanol.

A membrane was then applied to the cores by spraying on a solution consisting of:

| 12.5% EUDRAGIT RS in acetone/isopropanol 40:60 | 70 parts by weight |
| 12.5% EUDRAGIT RL in acetone/isopropanol 40:60 | 10 parts by weight |
| 12.5% EUDRAGIT L in acetone/isopropanol 40:60 | 20 parts by weight |
| Isopropanol | 100 parts by weight |

while at the same time but separately dusting on talc (5 parts by weight) in the conventional manner. The ratio of membrane solution to talc applid was 0.03 grams of talc per gram of membrane solution. A sufficient amount of membrane solution and talc was applied to 12.48 kg of cores to achieve the dissolution profile given below.

The finished pellets were dried to evaporate all solvents prior to performing the dissolution test.

A wet granulation of naproxen sodium (14.55 kg) and polyvinylpyrrolidonne (K30) (0.45 kg) was prepared by adding isopropanol (1.147 kg) slowly with mixing. Mixing was continued until a uniform mass was produced. The granulation was dried for a minimum of 12 hours at a temperature of not less than 45° C. The dried granulation was then passed through an oscillating granulator.

Naproxen sodium pellets (12.0 kg) and naproxen granulate (3.986 kg) were blended with additional tableting excipients:

| Microcrystalline cellulose | 2.32 kg |
| Crosspovidone | 0.58 kg |
| Magnesium stearate | 0.10 kg |
| PVP K30 | 0.39 kg |

and pressed into uncoated tablets.

Slight adjustments may be made in the above quantities to ensure a target tablet potency of 750 mg of naproxen.

The naproxen tablets were coated with an aqueous film coat. To do so, 0.350 kg of Opadry White OY-D-7192 was weighed and slowly added with mixing to 1.400 kg of purified water. Mixing was continued for 30 minutes. 10 kg of uncoated tablets were weighed and placed in an ACCELA-COTA. The coating was sprayed onto the tablets at a rate of 30-70 g per minute until coating was complete.

The dissolution rate of the pellets prepared above, prior to mixing with the granulate, was tested by the method of the U.S. Pharmacopoeia XXII Basket Method in phosphate buffer at pH 7.2 at 75 r.p.m. The naproxen sodium was quantitatively determined using u.v. spectrophotometry at 331 nm.

The dissolution rate was as follows:

| Time (h) | % Naproxen Sodium Released |
|---|---|
| 1 | 23.9 |
| 2 | 36.6 |
| 4 | 61.4 |

5,637,320

| 15 | 16 |

The dissolution rate of the coated tablets was tested and determined to be as follows:

| Time (h) | % Naproxen Sodium Released |
|---|---|
| 0.5 | 40.8 |
| 1 | 70.0 |
| 4 | 87.0 |

Pharmacological Data for Naproxen Formulations

In Vivo Performance:

Pharmacological Data for Naproxen Formulation of Example 1

The naproxen formulation prepared in Example 1 was evaluated in vivo under steady state conditions.

A steady state study was performed in 18 healthy male volunteers, comparing the formulation of Example 1 with selected reference products, i.e., conventional immediate release tablets. The formulation of Example 1 was administered as a single tableted dose of 1,000 mg of naproxen at 0 hours on days 1–7, while reference Naprosyn (N), a commercially available naproxen formulation manufactured by Syntex which is administered twice daily, was administered as a single 500 mg tablet at 0 and 12 hours (i.e. b.i.d.) on days 1–7 and reference Synflex (S), a commercially available naproxen sodium formulation manufactured by Syntex which is administered three to four times daily, was administered as a single 250 mg dose at 0, 6, 12 and 18 hours (i.e. q.i.d.) on days 1–7. Plasma was sampled out to 24 hours and the mean results were calculated and tabulated. The results are illustrated in the accompanying Figure.

In the Figure, curve a) corresponds to a naproxen formulation prepared according to Example 1; curve b) corresponds to Reference (N); and curve c) corresponds to reference (S).

The data presented in Table 1 are from day 7 sampling.

TABLE 1

| Mean Naproxen Concentrations (ug/ml) - Day 7 | | | |
|---|---|---|---|
| Hour | Reference (N) | Reference (S) | Formulation of Example 1 |
| 0.0 | 46.95 | 59.80 | 42.39 |
| 0.50 | 86.41 | 84.92 | 74.95 |
| 1.00 | 102.09 | 94.33 | 84.89 |
| 2.00 | 99.33 | 77.63 | 90.15 |
| 4.00 | 76.38 | 65.05 | 93.09 |
| 6.00 | 63.34 | 53.90 | 91.22 |
| 6.50 | 59.20 | 58.21 | 87.26 |
| 7.00 | 57.10 | 68.53 | 88.48 |
| 8.00 | 52.76 | 72.98 | 80.64 |
| 10.00 | 48.56 | 69.52 | 69.02 |
| 12.00 | 41.16 | 57.07 | 65.68 |
| 12.50 | 55.27 | 62.46 | 63.52 |
| 13.00 | 67.12 | 72.45 | 60.83 |
| 14.00 | 83.94 | 74.81 | 57.78 |
| 16.00 | 80.05 | 67.10 | 51.26 |
| 18.00 | 68.39 | 55.96 | 44.37 |
| 18.50 | 63.09 | 66.89 | 45.84 |
| 19.00 | 62.14 | 74.40 | 44.63 |
| 20.00 | 58.99 | 72.92 | 42.89 |
| 22.00 | 53.39 | 68.11 | 39.97 |
| 24.00 | 47.90 | 61.38 | 38.30 |

The results of this in vivo comparison of the formulation of Example 1 against conventional immediate release tablets (References N and S) indicate the formulation of Example 1 to be bioequivalent (99.28%) to Reference N and bioequivalent (95.46%) to Reference S. Both Example 1 and Reference S formulations use the sodium salt of naproxen, the Reference N formulation, however, uses the free acid form of naproxen. Generally, peak plasma concentrations following administration of naproxen as its sodium salt are higher and are attained more rapidly than those following administration of naproxen as the free acid, hence the use of the sodium salt in the conventional form as an analgesic on a more frequent dosing regimen (3–4 times daily).

The Tmax value of the formulation of the present invention of 5.0 hours was significantly longer than that of Reference N at 1.36 hours, thus demonstrating the improved suitability of the present formulations in terms of maintaining naproxen plasma levels important for continued analgesia and anti-inflammatory effects up to 24 hours following administration. Furthermore, the formulation of Example 1 exhibited an extended mean plasma profile with adequate duration of time cover in the range of desired therapeutic plasma naproxen concentrations of 30–60 mcg/ml. Also, the mean Cmax value of the product of Example 1 was close to the Cmax values of the References, indicating that the sustained release characteristics of Example 1 did not adversely affect the maximum plasma levels attained following administration of the formulation.

A gastric tolerability questionnaire was completed by each subject on each day of the study. The results indicated a 47% reduction in adverse gastrointestinal effects for the formulation prepared according to Example 1 when compared to those recorded by Reference N or S.

The clinical efficacy of the naproxen formulation according to the present invention was evaluated in osteoarthritic patients. In osteoarthritis, NSAID's are primarily used for their analgesic rather than their anti-inflammatory effect, although inflammation may be part of the symptomatology. To evaluate the formulation of the present invention, the formulation of Example 1 was compared with Naprosyn in a double-blind double placebo controlled study in osteoarthritic patients.

Efficacy of both naproxen formulations was indicated by the degree of pain assessed by the patient on a visual analogue scale and was graded on a four point verbal rating scale. In addition, blood samples were analyzed for naproxen plasma concentrations and any adverse effects were recorded. A gastrointestinal tolerability questionnaire was completed by each volunteer at the end of each treatment period.

In summary, in terms of clinical efficacy, the naproxen formulation according to the present invention performed as well as the reference and was superior to the reference in terms of fewer gastrointestinal complaints and adverse events, thus demonstrating the safety and advantages of the multiparticulate formulations of the present invention when compared with the commercially available reference products.

We claim:

1. A naproxen formulation for once-daily oral administration comprising naproxen in a multi-particulate pellet form, each pellet having a core of naproxen or a pharmaceutically acceptable salt thereof in association with an organic acid, the naproxen or pharmaceutically acceptable salt thereof and the organic acid being present in a ratio of from 20:1 to 1:1, and a multi-layer membrane surrounding said core and containing a pharmaceutically acceptable film-forming, water insoluble polymer and optionally a

5,037,320

| 17 | 18 |

pharmaceutically acceptable film-forming, water soluble polymer and having a dissolution rate which when measured in vitro in a type 1 dissolution basket apparatus according to U.S. Pharmacopoeia XXI in phosphate buffer at pH 7.2 and at 75 r.p.m. corresponds to the following dissolution pattern:
   a) from 0 to 50% of the total naproxen is released after 1 hour of measurement in said apparatus;
   b) from 20 to 70% of the total naproxen is released after 2 hours of measurement in said apparatus; and
   c) not less than 50% of the total naproxen is released after a total of 4 hours of measurement in said apparatus.

2. A pellet formulation according to claim 1, wherein the pellet has a dissolution rate which when measured in vitro in a type 2 dissolution paddle apparatus according to U.S. Pharmacopoeia XXII in phosphate buffer at pH 7.4 and at 50 r.p.m. corresponds to the following dissolution pattern:
   a) from 20 to 70% of the total naproxen is released after 1 hour of measurement in said apparatus;
   b) not less than 50% of the total naproxen is released after 2 hours of measurement in said apparatus; and
   c) not less than 75% of the total naproxen is released after a total of 4 hours of measurement in said apparatus.

3. A pellet formulation according to claim 1, wherein the organic acid is selected from the group consisting of adipic acid, ascorbic acid, citric acid, fumaric acid, maleic acid, succinic acid and tartaric acid.

4. A pellet formulation according to claim 1, wherein the naproxen or pharmaceutically acceptable salt thereof and organic acid are present in a ratio of 6:1 to 1:1.

5. A pellet formulation according to claim 1, wherein the core comprises naproxen or a pharmaceutically acceptable salt thereof and the associated organic acid embedded in one or more polymers.

6. A pellet formulation according to claim 5, wherein the one or more polymers are insoluble in water.

7. A pellet formulation according to claim 5, wherein the core comprises:
   a) a powder mixture containing naproxen or a pharmaceutically acceptable salt thereof, an organic acid selected from adipic acid, ascorbic acid, citric acid, fumaric acid, malic acid, succinic acid and tartaric acid; and
   b) one or more polymers containing a proportion of a pharmaceutically acceptable water soluble or freely water permeable polymer and a proportion of a pharmaceutically acceptable water insoluble polymer, said core comprising layers of said powder mixture and said one or more polymers superimposed one upon the other and said one or more polymers forming an outer coat of said core.

8. A pellet formulation according to claim 5, wherein the naproxen, organic acid and one or more polymers are built up on a central active core.

9. A pellet formulation according to claim 8, wherein the active core is formed by blending the naproxen, organic acid and one or more polymers to form a homogenous powder, shaping a portion of said blend to form a central core and applying the remainder of said blend alternately or simultaneously with a polymer binding solution to form a layered structure on said central core.

10. A pellet formulation according to claim 5, wherein the naproxen, organic acid and one or more polymers are built up on an inert core.

11. A formulation according to claim 1, which contains naproxen sodium as the active ingredient.

12. A controlled absorption naproxen formulation for oral administration, comprising pellets according to claim 1, said formulation including a rapid release form of naproxen.

13. A controlled absorption naproxen formulation according to claim 12, having a dissolution rate which when measured in a type 1 dissolution basket apparatus according to U.S. Pharmacopoeia XXII in phosphate buffer at pH 7.2 and at 75 r.p.m. corresponds to the following dissolution pattern:
   a) from 15 to 50% of the total naproxen is released after 0.5 hours of measurement in said apparatus;
   b) from 25 to 75% of the total naproxen is released after 1 hour of measurement in said apparatus; and
   c) not less than 65% of the total naproxen is released after 4 hours of measurement in said apparatus.

14. A controlled absorption naproxen formulation according to claim 12, having a dissolution rate which when measured in a type 2 dissolution paddle apparatus according to U.S. Pharmacopoeia XXII in phosphate buffer at pH 7.4 and at 50 r.p.m. corresponds to the following dissolution pattern:
   a) from 25 to 60% of the total naproxen is released after 0.5 hours of measurement in said apparatus;
   b) from 35 to 75% of the total naproxen is released after 1 hour of measurement in said apparatus;
   c) not less than 65% of the total naproxen is released after 4 hours of measurement in said apparatus.

15. A controlled absorption naproxen formulation according to claim 12, which comprises a blend of pellets, together with up to 60% by weight of a rapid release form of naproxen.

16. A capsule or tablet comprising a formulation according to claim 1.

17. A capsule or tablet comprising a formulation according to claim 12.

* * * * *

# NAPROXEN SODIUM
## EXTENDED-RELEASE TABLETS
**Equivalent to 375 mg and 500 mg naproxen**

**Rx Only**

### DESCRIPTION
Naproxen sodium is a member of the arylacetic acid group of nonsteroidal anti-inflammatory drugs (NSAIDs). The chemical name for naproxen sodium is 2-naphthaleneacetic acid, 6-methoxy-a-methyl-sodium salt, (S)- with the following structural formula:



Naproxen sodium

Molecular Formula: $C_{14}H_{13}NaO_3$
Molecular Weight: 252.24

Naproxen sodium is an odorless crystalline powder, white to creamy in color. It is soluble in methanol and water. Naproxen sodium extended-release tablets contain 412.5 mg or 550 mg of naproxen sodium, equivalent to 375 mg and 500 mg of naproxen and 37.5 mg and 50 mg sodium respectively. In addition, each tablet contains the following inactive ingredients: black iron oxide, colloidal silicon dioxide, ethyl acrylate/methyl methacrylate copolymer, fumaric acid, hydroxypropyl cellulose, hydroxypropyl methylcellulose, magnesium stearate, microcrystalline cellulose, and propylene glycol. The tablet coating contains hydroxypropyl methylcellulose, polyethylene glycol, polysorbate 80, and titanium dioxide.

### CLINICAL PHARMACOLOGY
Naproxen is a nonsteroidal anti-inflammatory drug (NSAID), with analgesic and antipyretic properties. As with other NSAIDs, its mode of action is not fully understood, however, its ability to inhibit prostaglandin synthesis may be involved in the anti-inflammatory effect.

#### Pharmacokinetics
Although naproxen itself is well absorbed, the sodium salt form is more rapidly absorbed resulting in higher peak plasma levels for a given dose. Approximately 30% of the total naproxen sodium dose in naproxen sodium extended-release tablets is present in the dosage form as an immediate release component. The remaining naproxen sodium is in the form of a sustained-release matrix. After oral administration, plasma levels of naproxen are detected within 30 minutes of dosing, with peak plasma levels occurring approximately 5 hours after dosing. The observed terminal elimination half-life of naproxen from both immediate release naproxen sodium and naproxen sodium extended-release tablets is approximately 15 hours. Steady state levels of naproxen are achieved in 3 days and the degree of naproxen accumulation in the blood is consistent with this.



Plasma Naproxen Concentrations
Mean of 24 Subjects (+/-2SD)
(Steady State, Day 5)

Pharmacokinetic Parameters at Steady State Day 5 (Mean of 24 Subjects)

| Parameter (units) | Naproxen 500 mg Q12h/5 days (1000 mg) | | | Naproxen sodium extended-release 2 x 500 mg tablets (1000 mg) Q24h/5 days | | |
|---|---|---|---|---|---|---|
| | Mean | SD | Range | Mean | SD | Range |
| AUC 0-24 (mcg•h/mL) | 1446 | 168 | 1167-1858 | 1448 | 145 | 1173-1174 |
| Cmax (mcg/mL) | 95 | 13 | 71-117 | 94 | 13 | 74-127 |
| Cavg (mcg/mL) | 60 | 7 | 49-77 | 60 | 8 | 49-74 |
| Cmin (mcg/mL) | 36 | 9 | 13-51 | 33 | 7 | 23-48 |
| Tmax (hrs) | 3 | 1 | 1-4 | 5 | 2 | 2-10 |

#### Absorption
Naproxen itself is rapidly and completely absorbed from the GI tract with an in vivo bioavailability of 95%. Based on the pharmacokinetic profile, the absorption phase of naproxen sodium extended-release tablets occurs in the first 4-6 hours after administration. This coincides with dissolution of the immediate-release component in the stomach, the transit of the sustained release matrix through the small intestine and into the proximal large intestine.
The absorption rate from the sustained release component of naproxen sodium extended-release tablets is slower than that for conventional naproxen sodium tablets. It is this prolongation of drug absorption processes which maintains plasma levels and allows for once daily dosing.

#### Food Effects
No significant food effects were observed when twenty-four subjects were given a single dose of naproxen sodium extended-release tablets 500 mg either after an overnight fast or 30 minutes after a meal. In common with conventional naproxen and naproxen sodium formulations, food causes a slight decrease in the rate of naproxen absorption following administration of naproxen sodium extended-release tablets.

#### Distribution
Naproxen has a volume of distribution of 0.16 L/kg. At therapeutic levels naproxen is greater than 99% albumin-bound. At doses of naproxen greater than 500 mg/day there is a less than proportional increase in plasma levels due to an increase in clearance caused by saturation of plasma protein binding at higher doses. However, the concentration of unbound naproxen continues to increase proportionally to dose. Naproxen sodium extended-release tablets exhibit similar dose proportional characteristics.

#### Metabolism
Naproxen is extensively metabolized to 6-0-desmethyl naproxen and both parent and metabolites do not induce metabolizing enzymes.

#### Elimination
The elimination half-life of naproxen sodium extended-release tablets and conventional naproxen is approximately 15 hours. Steady state conditions are attained after 2-3 doses of naproxen sodium extended-release tablets. Most of the drug is excreted in the urine, primarily as unchanged naproxen (less than 1%), 6-0-desmethyl naproxen (less than 1%) and their glucuronide or other conjugates (66-92%). A small amount (<5%) of the drug is excreted in the feces. The rate of excretion has been found to coincide closely with the rate of clearance from the plasma. In patients with renal failure metabolites may accumulate.

#### Special Populations
**Pediatric Use**
No pediatric studies have been performed with naproxen sodium extended-release tablets, thus safety of naproxen sodium extended-release tablets in pediatric populations has not been established.

**Renal Insufficiency**
Naproxen pharmacokinetics have not been determined in subjects with renal insufficiency. Given that naproxen is metabolized and conjugates are primarily excreted by the kidneys, the potential exists for naproxen metabolites to accumulate in the presence of renal insufficiency.

### CLINICAL STUDIES
#### Rheumatoid Arthritis
The use of naproxen sodium extended-release tablets for the management of the signs and symptoms of rheumatoid arthritis was assessed in a 12 week double-blind, randomized, placebo and active-controlled study in 348 patients. Two naproxen sodium extended-release 500 mg tablets (1000 mg) once daily and naproxen 500 mg tablets twice daily (1000 mg) were more effective than placebo. Clinical effectiveness was demonstrated at one week and continued for the duration of the study.

#### Osteoarthritis
The use of naproxen sodium extended-release tablets for the management of the signs and symptoms of osteoarthritis of the knee was assessed in a 12 week double-blind, placebo and active-controlled study in 347 patients. Two naproxen sodium extended-release 500 mg tablets (1000 mg) once daily and naproxen 500 mg tablets twice daily (1000 mg) were more effective than placebo. Clinical effectiveness was demonstrated at one week and continued for the duration of the study.

#### Analgesia
The onset of the analgesic effect of naproxen sodium extended-release tablets was seen within 30 minutes in a pharmacokinetic/pharmacodynamic study of patients with pain following oral surgery. In controlled clinical trials, naproxen has been used in combination with gold, D-penicillamine, methotrexate and corticosteroids. Its use in combination with salicylate is not recommended because there is evidence that aspirin increases the rate of excretion of naproxen and data are inadequate to demonstrate that naproxen and aspirin produce greater improvement over that achieved with aspirin alone. In addition, as with other NSAIDs the combination may result in higher frequency of adverse events than demonstrated for either product alone.

#### Special Studies
In a double-blind randomized, parallel group study, 19 subjects received either two naproxen sodium extended-release 500 mg tablets (1000 mg) once daily or naproxen 500 mg tablets (1000 mg) twice daily for 7 days. Mucosal biopsy scores and endoscopic scores were lower in the subjects who received naproxen sodium extended-release tablets. In another double-blind, randomized, crossover study, 23 subjects received two naproxen sodium extended-release 500 mg tablets (1000 mg) once daily, naproxen 500 mg tablets (1000 mg) twice daily and aspirin 650 mg four times daily (2600 mg) for 7 days each. There were significantly fewer duodenal erosions seen with naproxen sodium extended-release tablets than with either naproxen or aspirin. There were significantly

fewer gastric erosions with both naproxen sodium extended-release tablets and naproxen than with aspirin.
The clinical significance of these findings is unknown.

### INDIVIDUALIZATION OF DOSAGE
#### Rheumatoid Arthritis, Osteoarthritis, and Ankylosing Spondylitis
Naproxen sodium extended-release tablets, like other NSAIDs, show considerable variation in response. The recommended starting dose of naproxen sodium extended-release tablets in adults is two 375 mg tablets (750 mg) once daily, or two 500 mg tablets (1000 mg) once daily. Patients already taking naproxen 250 mg, 375 mg or 500 mg twice daily (morning and evening) may have their total daily dose replaced with naproxen sodium extended-release tablets as a single daily dose.
During long-term administration, the dose of naproxen sodium extended-release tablets may be adjusted up or down depending on the clinical response of the patient.
In patients who tolerate lower doses of naproxen sodium extended-release tablets, the dose may be increased to three 500 mg tablets (1500 mg) once daily for limited periods when a higher level of anti-inflammatory/analgesic activity is required. When treating patients, especially at the higher dose levels, the physician should observe sufficient increased clinical benefit to offset the potential increased risk. (See CLINICAL PHARMACOLOGY). The lowest effective dose should be sought and used in every patient.
Symptomatic improvement in arthritis usually begins within one week, however, treatment for two weeks may be required to achieve a therapeutic benefit. A lower dose should be considered in patients with renal or hepatic impairment or in elderly patients (see PRECAUTIONS). Studies indicate that although total plasma concentration of naproxen is unchanged, the unbound plasma fraction of naproxen is increased in the elderly. Caution is advised when high doses are required and some adjustment of dosage may be required in elderly patients. As with other drugs used in the elderly it is prudent to use the lowest effective dose.

#### Analgesia, Dysmenorrhea, Bursitis, and Tendinitis
The recommended starting dose is two naproxen sodium extended-release 500 mg tablets (1000 mg) once daily. For patients requiring greater analgesic benefit, three naproxen sodium extended-release 500 mg tablets (1500 mg) may be used for a limited period. Thereafter, the total daily dose should not exceed two 500 mg tablets (1000 mg).

#### Acute Gout
The recommended dose on the first day is two or three naproxen sodium extended-release 500 mg tablets (1000-1500 mg) once daily, followed by two 500 mg tablets (1000 mg) once daily, until the attack has subsided.

### INDICATIONS AND USAGE
Naproxen sodium extended-release tablets are indicated for the treatment of rheumatoid arthritis, osteoarthritis, ankylosing spondylitis, tendinitis, bursitis, and acute gout. They are also indicated in the relief of mild to moderate pain and the treatment of primary dysmenorrhea.

### CONTRAINDICATIONS
All naproxen products are contraindicated in patients who have had allergic reactions to prescription as well as to over-the-counter products containing naproxen. Anaphylactoid reactions may occur in patients without previous known exposure or hypersensitivity to aspirin, naproxen, or other NSAIDs, or in individuals with a history of angioedema, urticaria, bronchospastic reactivity (e.g. asthma), and nasal polyps. Anaphylactoid reactions, like anaphylaxis, may have a fatal outcome. Therefore, careful questioning of patients for such things as asthma, nasal polyps, urticaria, and hypotension associated with NSAIDs before starting therapy is important. In addition, if such symptoms occur during therapy, treatment with naproxen sodium extended-release tablets should be discontinued.

### WARNINGS
#### Risk of GI Ulceration, Bleeding and Perforation with NSAID Therapy
Serious GI toxicity, such as bleeding, ulceration, and perforation, can occur at any time, with or without warning symptoms, in patients treated chronically with NSAID therapy. Although minor upper GI problems, such as dyspepsia, are common, usually developing early in therapy, physicians should remain alert for ulcerations and bleeding in patients treated chronically with NSAIDs even in the absence of previous GI tract symptoms. In patients observed in clinical trials with naproxen of several months to two years duration, symptomatic upper GI ulcers, gross bleeding or perforation appear to occur in approximately 1% of patients treated for 3-6 months, and in about 2-4% of patients treated for one year. Physicians should inform patients about the signs and/or symptoms of serious GI toxicity and what steps to take if they occur.
Studies to date with all naproxen products have not identified any subset of patients not at risk of developing peptic ulceration and bleeding or any differences between different naproxen products in their propensity to cause peptic ulceration and bleeding. Except for a prior history of serious GI events and other risk factors known to be associated with peptic ulcer disease, such as alcoholism, smoking etc., no risk factors (e.g., age, sex) have been associated with increased risk. Elderly or debilitated patients seem to tolerate ulceration or bleeding less well than other individuals and most spontaneous reports of fatal GI events are in this population. Studies to date are inconclusive concerning the relative risk of various NSAIDs in causing such reactions. High doses of any NSAID probably carry a greater risk of these reactions, although controlled clinical trials showing this do not exist in most cases. In considering the use of relatively large doses (within the recommended dosage range), sufficient benefit should be anticipated to offset the potential increased risk of GI toxicity.

### PRECAUTIONS
#### General
**NAPROXEN SODIUM EXTENDED-RELEASE TABLETS SHOULD NOT BE USED CONCOMITANTLY WITH OTHER NAPROXEN PRODUCTS SINCE THEY ALL CIRCULATE IN THE PLASMA AS THE NAPROXEN ANION.**
The antipyretic and anti-inflammatory activities of the drug may reduce fever and inflammation, thus diminishing their utility as diagnostic signs.
Because of adverse eye findings in animal studies with drugs of this class, it is recommended that ophthalmic studies be carried out if any change or disturbance in vision occurs.

#### Renal Effects
As with other NSAIDs, long term administration of naproxen to animals has resulted in renal papillary necrosis and other abnormal renal pathology. In humans, there have been reports of acute interstitial nephritis, hematuria, proteinuria, and occasionally nephrotic syndrome associated with naproxen-containing products and other NSAIDs since they have been marketed.
A second form of renal toxicity has been seen in patients taking naproxen as well as other NSAIDs. In patients with prerenal conditions with reduction in renal blood flow or blood volume, renal prostaglandins have a supportive role in the maintenance of renal perfusion. Administration of a NSAID may cause a dose-dependent reduction in prostaglandin formation and may precipitate overt renal decompensation. Patients at greatest risk of this reaction are those with impaired renal function, heart failure, liver dysfunction, diuretic use, and the elderly. Discontinuation of NSAID therapy is typically followed by recovery to the pretreatment state.
Naproxen and its metabolites are eliminated primarily by the kidneys, therefore the drug should be used with great caution in patients with significantly impaired renal function and the monitoring of serum creatinine and/or creatinine clearance is advised in these patients. Caution should be used if the drug is given to patients with creatinine clearance of less than 20 mL/minute because accumulation of naproxen has been seen in such patients.

#### Hepatic Effects
As with other NSAIDs, borderline elevations of one or more liver tests may occur in up to 15% of patients. These abnormalities may progress, may remain essentially unchanged, or may resolve with continued therapy. The ALT (SGPT) is probably the most sensitive indicator of liver dysfunction. Meaningful (3 times the upper limit of normal) elevations of ALT (SGPT) or AST (SGOT) occurred in controlled clinical trials in less than 1% of patients. A patient with symptoms and/or signs suggesting liver dysfunction, or in whom an abnormal liver test has occurred, should be evaluated for evidence of the development of more severe hepatic reaction while on therapy with naproxen. Severe hepatic reactions, including jaundice and cases of fatal hepatitis have been reported with naproxen as with other NSAIDs. Although such reactions are rare, if abnormal liver tests persist or worsen, if clinical signs and symptoms consistent with liver disease develop, or if systemic manifestations occur (e.g., eosinophilia, rash, fever, etc.), naproxen should be discontinued. Chronic alcoholic liver disease and probably other diseases with decreased or abnormal plasma proteins (albumin) reduce the total plasma concentration of naproxen, but the plasma concentration of unbound naproxen is increased. Caution is advised when high doses are required and some adjustment of dosage may be required in these patients. It is prudent to use the lowest effective dose.

#### Fluid Retention and Edema
Peripheral edema has been observed in some patients receiving naproxen. Naproxen sodium extended-release tablets contain 37.5 mg or 50 mg of sodium (1.5 mEq or 2.0 mEq respectively). This should be considered in patients whose overall intake of sodium must be severely restricted. For these reasons, naproxen sodium extended-release tablets should be used with caution in patients with fluid retention, hypertension or heart failure.

#### Information for Patients
Naproxen sodium extended-release tablets, like other drugs of its class, are not free of side effects. This formulation of naproxen can cause discomfort and, rarely, there are more serious side effects, such as GI bleeding, which may result in hospitalization and even fatal outcomes. NSAIDs are often essential agents in the management of arthritis and have a major role in the treatment of pain but they also may be commonly employed for conditions which are less serious. Physicians may wish to discuss with their patients the potential risks (see WARNINGS, PRECAUTIONS, and ADVERSE REACTIONS) and likely benefits of treatment with naproxen sodium extended-release tablets. Caution should be exercised by patients whose activities require alertness if they experience drowsiness, dizziness, vertigo or depression during therapy with naproxen.

#### Laboratory Tests
Because serious GI tract ulceration and bleeding can occur without warning symptoms, physicians should follow patients chronically treated with naproxen sodium extended-release tablets for the signs and symptoms of ulceration and bleeding, and should inform them of the importance of this follow-up and what they should do if certain signs and symptoms do appear. Patients with initial hemoglobin values of 10 grams or less who are to receive long-term therapy should have hemoglobin values determined periodically. (See WARNINGS — Risk of GI Ulceration, Bleeding and Perforation with NSAID Therapy).

#### Drug Interactions
The use of NSAIDs in patients who are receiving ACE inhibitors may potentiate renal disease states (See PRECAUTIONS — Renal Effects). In vitro studies have shown that naproxen anion, because of its affinity for protein, may displace from their binding sites other drugs which are also albumin-bound (see CLINICAL PHARMACOLOGY — Pharmacokinetics).
Theoretically, the naproxen anion itself could likewise be displaced. Short-term controlled studies failed to show that taking the drug significantly affects prothrombin times when administered to individuals on coumarin-type anticoagulants. Caution is advised nonetheless, since interactions have been seen with other nonsteroidal agents of this class. Similarly, patients receiving the drug and a hydantoin, sulfonamide or sulfonylurea should be observed for signs of toxicity to these drugs.
Concomitant administration of naproxen and aspirin is not recommended because naproxen is displaced from its binding sites during the concomitant administration of aspirin, resulting in lower plasma concentrations and peak plasma levels.
The natriuretic effect of furosemide has been reported to be inhibited by some drugs of this class. Inhibition of renal lithium clearance leading to increases in plasma lithium concentrations has also been reported. Naproxen and other NSAIDs can reduce the antihypertensive effect of propranolol and other beta-blockers.
Probenecid given concurrently increases naproxen anion plasma levels and extends its plasma half-life significantly.
Caution should be used if methotrexate is administered concomitantly with methotrexate. Naproxen, naproxen sodium and other NSAIDs have been reported to reduce the tubular secretion of methotrexate in an animal model, possibly increasing the toxicity of methotrexate.

#### Drug/Laboratory Test Interactions
Naproxen may decrease platelet aggregation and prolong bleeding time. This effect should be kept in mind when bleeding times are determined. The administration of naproxen may result in increased urinary values for 17-ketogenic steroids because of an interaction between the drug and/or its metabolites with m-dinitrobenzene used in this assay. Although 17-hydroxy-corticosteroid measurements (Porter-Silber test) do not appear to be artifactually altered, it is suggested that therapy with naproxen be temporarily discontinued 72 hours before adrenal function tests are performed if the Porter-Silber test is to be used.
Naproxen may interfere with some urinary assays of 5-hydroxyindoleacetic acid (5HIAA).

"EXHIBIT **B**"

**Carcinogenesis**
A two year study was performed in rats to evaluate the carcinogenic potential of naproxen at doses of 8 mg/kg/day, 16 mg/kg/day, and 24 mg/kg/day (50 mg/m², 100 mg/m², and 150 mg/m²). The maximum dose used was 0.28 times the systemic exposure to humans at the recommended dose. No evidence of tumorigenicity was found.

**Pregnancy**
*Teratogenic Effects: Pregnancy Category B*
Reproduction studies have been performed in rats at 20 mg/kg/day (125 mg/m²/day, 0.23 times the human systemic exposure), rabbits at 20 mg/kg/day (220 mg/m²/day, 0.27 times the human systemic exposure) and mice at 170 mg/kg/day (510 mg/m²/day, 0.28 times the human systemic exposure) with no evidence of impaired fertility or harm to the fetus due to the drug. There are no adequate and well-controlled studies in pregnant women. Because animal reproduction studies are not always predictive of human response, naproxen sodium extended-release tablets should be used during pregnancy only if the potential benefits justify the potential risks to the fetus.

*Nonteratogenic Effects*
There is some evidence to suggest that when inhibitors of prostaglandin synthesis are used to delay preterm labor there is an increased risk of neonatal complications such as necrotizing enterocolitis, patent ductus arteriosus, and intracranial hemorrhage. Naproxen treatment given in the late pregnancy to delay parturition has been associated with persistent pulmonary hypertension, renal dysfunction, and abnormal prostaglandin E levels in preterm infants. Because of the known effect of drugs of this class on the human fetal cardiovascular system (closure of ductus arteriosus), use during third trimester should be avoided.

**Nursing Mothers**
The naproxen anion has been found in the milk of lactating women at a concentration of approximately 1% of that found in the plasma. Because of the possible adverse effects of prostaglandin-inhibiting drugs on neonates, use in nursing mothers should be avoided.

**Pediatric Use**
No pediatric studies have been performed with naproxen sodium extended-release tablets, thus safety of naproxen sodium extended-release tablets in pediatric populations has not been established.

**Geriatric Use**
Clinical studies of naproxen sodium extended-release tablets did not include sufficient number of subjects aged 65 and over to determine whether they respond differently from younger subjects. Other reported clinical experience has not identified differences in responses between the elderly and younger patients. In general, dose selection for an elderly patient should be cautious, usually starting at the low end of the dosing range, reflecting the greater frequency of decreased hepatic, renal, or cardiac function, and of concomitant disease or other drug therapy.
Aging may affect the pharmacokinetics of naproxen. Studies indicate that although total plasma concentration of naproxen is unchanged, the unbound plasma fraction of naproxen is increased in the elderly. Caution is advised when high doses are required and some adjustment of dosage may be required in elderly patients (see **INDIVIDUALIZATION OF DOSAGE**). Elderly or debilitated seem to tolerate GI ulcerations and bleeding less well than other individuals taking NSAIDs (see **WARNINGS, Risk of GI Ulceration, Bleeding and Perforation with NSAID Therapy**). Additionally, elderly patients may be more sensitive to dose dependent reduction in renal prostaglandin formation while taking NSAIDs (see **PRECAUTIONS, Renal Effects**).

**ADVERSE REACTIONS**
As with all drugs in this class, the frequency and severity of adverse events depends on several factors: the dose of the drug and duration of treatment; the age, the sex, physical condition of the patient; any concurrent medical diagnoses or individual risk factors.
The following adverse reactions are divided into three parts based on frequency and whether or not the possibility exists of a causal relationship between drug usage and these adverse events. In those reactions listed as "Probable Causal Relationship" there is at least one case for each adverse reaction where there is evidence to suggest that there is a causal relationship between drug usage and the reported event.
The adverse reactions reported were based on the results from two double-blind controlled clinical trials of three months duration with an additional nine month open-label extension. A total of 542 patients received naproxen sodium extended-release tablets either in the double-blind period or in the nine month open-label extension. Of these 542 patients, 232 received naproxen sodium extended-release tablets, 167 were initially treated with naproxen and 143 were initially treated with placebo. Adverse reactions reported by patients who received naproxen sodium extended-release tablets are shown by body system. Those adverse reactions observed with naproxen but not reported in controlled trials with naproxen sodium extended-release tablets are italicized.
The most frequent adverse events from the double-blind and open-label clinical trials were headache (15%), followed by dyspepsia (14%), and flu syndrome (10%). The incidence of other adverse events occurring in 3%-9% of the patients are marked with an asterisk.
Those reactions occurring in less than 3% of the patients are unmarked.

**Incidence Greater Than 1% (Probable Causal Relationship)**
Body as a Whole — Pain (back)*, pain*, infection*, fever, injury (accident), asthenia, pain chest, headache (15%), flu syndrome (10%).
Gastrointestinal — Nausea*, diarrhea*, constipation*, abdominal pain*, flatulence, gastritis, vomiting, dysphagia, dyspepsia (14%), *heartburn*, *stomatitis*.
Hematologic — Anemia, ecchymosis.
Respiratory — Pharyngitis*, rhinitis*, sinusitis*, bronchitis, cough increased.
Renal — Urinary tract infection*, cystitis.
Dermatologic — Skin rash*, *skin eruptions*, *ecchymoses*, *purpura*.
Metabolic and Nutrition — Peripheral edema, hyperglycemia.
Central Nervous System — Dizziness, paresthesia, insomnia, *drowsiness*, *lightheadedness*.
Cardiovascular — Hypertension, *edema*, *dyspnea*, *palpitations*.
Musculoskeletal — Cramps (leg), myalgia, arthralgia, joint disorder, tendon disorder.
Special Senses — *Tinnitus*, hearing disturbances, visual disturbances.
General — *Thirst*.

**Incidence Less Than 1% (Probable Causal Relationship)**
Body as a Whole — Abscess, monilia, neck rigid, pain neck, abdomen enlarged, carcinoma, cellulitis, edema general, LE syndrome, malaise, mucous membrane disorder, allergic reaction, pain pelvic.
Gastrointestinal — Anorexia, cholecystitis, cholelithiasis, eructation, GI hemorrhage, rectal hemorrhage, stomatitis aphthous, stomatitis ulcer, ulcer mouth, ulcer stomach, periodontal abscess, cardiospasm, colitis, esophagitis, gastroenteritis, GI disorder, rectal disorder, tooth disorder, hepatosplenomegaly, liver function abnormality, melena, ulcer esophagus, *hematemesis*, *jaundice*, *pancreatitis*, *necrosis*.
Renal — Dysmenorrhea, dysuria, kidney function abnormality, nocturia, prostate disorder, pyelonephritis, carcinoma breast, urinary incontinence, kidney calculus, kidney failure, menorrhagia, metrorrhagia, neoplasm breast, nephrosclerosis, hematuria, pain kidney, pyuria, urine abnormal, urinary frequency, urinary retention, uterine spasm, vaginitis, *glomerular nephritis*, *hyperkalemia*, *interstitial nephritis*, *nephrotic syndrome*, *renal disease*, *renal failure*, *renal papillary necrosis*.
Hematologic — Leukopenia, bleeding time increased, eosinophilia, abnormal RBC, abnormal WBC, thrombocytopenia, *agranulocytosis*, *granulocytopenia*.
Central Nervous System — Depression, anxiety, hypertonia, nervousness, neuralgia, neuritis, vertigo, amnesia, confusion, coordination, abnormal diplopia, emotional lability, hematoma subdural, paralysis, *dream abnormalities*, *inability to concentrate*, *muscle weakness*.
Dermatologic — Angiodermatitis, herpes simplex, dry skin, sweating, ulcer skin, acne, alopecia, dermatitis contact, eczema, herpes zoster, nail disorder, skin necrosis, subcutaneous nodule, pruritus, urticaria, neoplasm skin, *photosensitive dermatitis*, *photosensitivity reactions resembling porphyria cutaneous tarda*, *epidermolysis bullosa*.
Special Senses — Amblyopia scleritis, cataract, conjunctivitis, deaf, ear disorder, keratoconjunctivitis, lacrimation disorder, otitis media, pain eye.
Cardiovascular — Angina pectoris, coronary artery disease, myocardial infarction, deep thrombophlebitis, vasodilation, vascular anomaly, arrhythmia, bundle branch block, abnormal ECG, heart failure right, hemorrhage, migraine, aortic stenosis, syncope, tachycardia, *congestive heart failure*.
Respiratory — Asthma, dyspnea, lung edema, laryngitis, lung disorder, epistaxis, pneumonia, respiratory distress, respiratory disorder, *eosinophilic pneumonitis*.
Musculoskeletal — Myasthenia, bone disorder, spontaneous bone fracture, fibrotendinitis, bone pain, ptosis, spasm general, bursitis.
Metabolic and Nutrition — Creatinine increase, glucosuria, hypercholesteremia, albuminuria, alkalosis, BUN increased, dehydration, edema, glucose tolerance decrease, hyperuricemia, hypokalemia, SGOT increase, SGPT increase, weight decrease.
General — *Anaphylactoid reactions*, *angioneurotic edema*, *menstrual disorders*, *hypoglycemia*, *pyrexia (chills and fevers)*.

**Incidence Less Than 1% (Causal Relationship Unknown)**
Other adverse reactions listed in the naproxen package label, but not reported by those who received naproxen sodium extended-release tablets are shown in italics. These observations are being listed as alerting information to the physician.
Hematologic — *Aplastic anemia*, *hemolytic anemia*.
Central Nervous System — *Aseptic meningitis*, *cognitive dysfunction*.
Dermatologic — *Epidermal necrolysis*, *erythema multiforme*, *Stevens-Johnson syndrome*.
Gastrointestinal — *Non-peptic GI ulceration*, *ulcerative stomatitis*.
Cardiovascular — *Vasculitis*.

**OVERDOSAGE**
Significant naproxen overdosage may be characterized by drowsiness, heartburn, indigestion, nausea, or vomiting. Because naproxen sodium may be rapidly absorbed, high and early blood levels should be anticipated. A few patients have experienced seizures, but it is not clear whether or not these were drug-related. It is not known what dose of the drug would be life threatening. The oral LD50 of the drug is 500 mg/kg in rats, 1200 mg/kg in mice, 4000 mg/kg in hamsters and greater than 1000 mg/kg in dogs.
Should a patient ingest a large number of tablets, accidentally or purposefully, the stomach may be emptied and usual supportive measures employed. In animals 0.5 g/kg of activated charcoal was effective in reducing plasma levels of naproxen. Hemodialysis does not decrease the plasma concentration of naproxen because of the high degree of its protein binding.

**DOSAGE AND ADMINISTRATION**
*Rheumatoid Arthritis, Osteoarthritis, and Ankylosing Spondylitis*
The usual daily dose of naproxen sodium extended-release tablets is two 375 mg tablets (750 mg) once daily, or two 500 mg tablets (1000 mg) once a day. Both larger and smaller doses may be required in individual patients (see **INDIVIDUALIZATION OF DOSAGE**). Regardless of indication, the dosage should be individualized to achieve effective dose and minimize adverse events, however the maximum daily dose is three naproxen sodium extended-release 500 mg tablets once daily.

*Management of Pain, Primary Dysmenorrhea, and Acute Tendinitis and Bursitis*
The recommended starting dose is two naproxen sodium extended-release 500 mg tablets (1000 mg) once daily. For patients requiring greater analgesic benefit, three naproxen sodium extended-release 500 mg tablets (1500 mg) may be used for a limited period. Thereafter, the total daily dose should not exceed two naproxen sodium extended-release 500 mg tablets (1000 mg).

*Acute Gout*
The recommended dose on the first day is two to three naproxen sodium extended-release 500 mg tablets (1000-1500 mg) once daily, followed by two 500 mg tablets (1000 mg) once daily, until the attack has subsided.

**HOW SUPPLIED**
Naproxen sodium extended-release tablets are available as follows:
375 mg: white, round tablet imprinted with "Andrx 825", in bottles of 100, NDC 62037-825-01; and bottles of 1000, NDC 62037-825-10. Each tablet contains 412.5 mg naproxen sodium equivalent to 375 mg naproxen.

500 mg: white, capsule-shaped tablet imprinted with "Andrx 826", in bottles of 75, NDC 62037-826-75; in bottles of 100, NDC 62037-826-01; and bottles of 1000, NDC 62037-826-10. Each tablet contains 550 mg naproxen sodium equivalent to 500 mg naproxen.

Store at controlled room temperature, 20°-25°C (68°-77°F).

Dispense in a well-closed container.

Manufactured by:
**Andrx Pharmaceuticals, Inc.**
Ft. Lauderdale, FL 33314

Rev. date: 04/03

7071

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**05-60158**
**CIV-MARTINEZ**

### I. (a) PLAINTIFFS
Elan Corporation, PLC

### DEFENDANTS
Andrx Pharmaceuticals, Inc.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

Broward

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Broward
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Terry Meyers, Esq., Kluger Peretz Kaplan & Berlin, 201 S. Biscayne Blvd., Miami FL 33131 Tel 305-379-9000

ATTORNEYS (IF KNOWN)

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, **BROWARD**, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

### IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | **PERSONAL PROPERTY** | B☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | B☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | B☐ 690 Other | **A LABOR** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | **B SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt Relations | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | ☐ 791 Empl Ret Inc Security Act | A☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | A☐ 871 IRS – Third Party 26 USC 7609 | A OR B |
| | | B☐ 555 Prison Condition | | | |

### VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
35 U.S.C. Section 281 Patent Infringement

**LENGTH OF TRIAL**
via ____ days estimated (for both sides to try entire case)

### VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23
**DEMAND $** Damages and injunction
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☒ NO

### VIII. RELATED CASE(S) IF ANY
(See instructions): Elan Corp., PLC v. Andrx Pharmaceuticals, Inc., Case No. 98-7164-Civ-Jordan
JUDGE _____ DOCKET NUMBER _____

DATE: Jan. 28, 2005
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
$150.00
01/28/05

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____