UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO. 05-60158-CIV-JORDAN

| | |
|---|---|
| ELAN CORPORATION, PLC | ) |
| Plaintiff | ) ) |
| vs. | ) ) |
| ANDRX PHARMACEUTICALS, INC. | ) ) |
| Defendant | ) ) |

**ORDER DISMISSING CASE WITH PREJUDICE AND CLOSING CASE**

In light of the stipulation for dismissal with prejudice [D.E. 58], all claims and counterclaims in this action are DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.

Any and all pending motions are DENIED AS MOOT. This case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 11th day of March, 2009.

_____
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record